ORIGINAL

```
FILED _____          _____ ENTERED
       LODGED                     RECEIVED

          NOV 2 1 2022   JC

                 AT SEATTLE
          CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKFISH, INC., a Washington Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIDENTIFIED WRECKED AND ABANDONED VESSEL, her engines, boilers, apparel, tackle, equipment, appurtenances and cargo, *in rem*,<br><br>　　　　Defendant. | IN ADMIRALTY<br><br>CASE NO.:<br>22 CV-01659-JLR<br><br>**VERIFIED COMPLAINT** |

Rockfish, Inc. ("Rockfish") alleges as follows:

## I.　**JURISDICTION AND VENUE**

1.1.　This case falls under this Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. § 1333 and is brought under the provisions of Rules C and D of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. In addition, this Court has *quasi in rem* jurisdiction over the Defendant Unidentified Wrecked and Abandoned Vessel, her engines, boilers, apparel, tackle, equipment, appurtenances and cargo (hereinafter the "Vessel"). To the extent this action is within the Court's subject matter jurisdiction on some other ground, the claims asserted herein are designated as admiralty and maritime claims

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

1   pursuant to Fed. R. Civ. P. 9(h).

2        1.2.    Venue is proper in this District Court pursuant to 28 U.S.C. §1391(b)(2)-(3).

3         **II.**    **THE PARTIES**

4        2.1.    Plaintiff Rockfish is a Washington corporation engaged in the business of

5   locating, recovering and preserving the history of the S.S. PACIFIC, a side-wheel steamer that

6   sank as the result of a collision with the sailing vessel ORPHEUS on November 4, 1875, off the

7   coast of Washington.

8        2.2.    Defendant Unidentified Wrecked and Abandoned Vessel (the "Vessel") is

9   wrecked and abandoned 19th century steamship believed to be the wreck of the S.S. PACIFIC.

10         **III.**    **FACTS**

11        3.1.    The S.S. PACIFIC was a wooden side-wheel steamer built in 1850. She was 225

12   feet long and displaced 875 tons. Her owner was Goodall Nelson & Perkins Steamship

13   Company, which is now defunct.

14        3.2.    On November 4, 1875, S.S. PACIFIC departed Victoria for San Francisco with

15   over 270 passengers and a cargo that included, among other things, gold. As S.S. PACIFIC

16   steamed south along the Washington coast, the sailing vessel ORPHEUS was sailing north. The

17   two collided off Cape Flattery and within twenty minutes S.S. PACIFIC sank. S.S. PACIFIC's

18   owner abandoned the vessel after she sunk.

19        3.3.    Since incorporating on March 22, 2016, Rockfish has been working to locate and

20   salvage S.S. PACIFIC. Even prior to its incorporation, Rockfish's founders spent years studying

21   S.S. PACIFIC and her sinking. Rockfish has invested in long, expensive, and dangerous search

22   operations in order to find and salvage the S.S. PACIFIC.

23        3.4.    Rockfish conducted sonar surveys to search for the wreck of S.S. PACIFIC,

24   focusing its efforts on a location where commercial fisherman reported their trawl nets had

25   become hung up on an underwater obstruction. Commercial fisherman also reported recovering

26   coal in their trawl nets while fishing at this location.

VERIFIED COMPLAINT-1

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

3.5.    In the summer of 2021, Rockfish located a target it believed was likely S.S. PACIFIC. Rockfish returned to the location of this target in the Summer and Fall of 2022 to perform additional sonar surveys. These surveys revealed a debris field and the wreck of a vessel approximately 70 meters in length, with distinctive characteristics, timber arrangements and dimensions matching the configuration of S.S. PACIFIC. These surveys further revealed two circular objects approximately 8 meters in diameter, consistent with the dimensions and confirmation of the S.S. PACIFIC's paddle wheels.

3.6.    In September and November 2022, Rockfish deployed a remotely operated vehicle ("ROV") and a towed camera sled at the wreck site. Utilizing the ROV, and towed camera sled, Rockfish recovered artifacts from the wreck, consisting of a fire brick and pieces of wood. Rockfish documented the recovery of these artifacts through video recording.

3.7.    Based on the location of the wreck site, dimensions of the wreck, presence of a pair of eight meter circular objects in the debris field consistent with the dimensions of S.S. PACIFIC's paddle wheels, and presence of coal in the debris field, Rockfish believes the defendant Vessel is the wreck of S.S. PACIFIC.

3.8.    The Vessel is on the sea floor approximately 20 miles off the Pacific Coast of Washington.

3.9.    Rockfish believes no other person or entity has located the Vessel. Rockfish further believes the Vessel is lost and/or abandoned.

3.10.    Rockfish owns or has access to certain salvage vessels, salvage equipment, and has assembled a team to confirm the identity of the Vessel, explore and document the wreck site, and recover additional artifacts.

3.11.    Rockfish has the capability to confirm the identity of the Vessel, explore and document the wreck site, and recover additional artifacts throughout the pendency of this action.

3.12.    Rockfish is under no duty or obligation to salvage the Vessel or any artifacts from the Vessel. Rockfish's actions to locate and salvage the Vessel and artifacts were and will be

VERIFIED COMPLAINT-1

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

undertaken voluntarily.

## IV.   FIRST CAUSE OF ACTION
### (Salvage Award)

4.1.   Rockfish incorporates by reference the allegations set forth above.

4.2.   The Vessel is subject to marine peril because she is in an utterly helpless condition from which they could not be rescued without the voluntary and successful services of Rockfish.

4.3.   Rockfish is under no legal duty or obligation to render salvage services to the Vessel.

4.4.   The salvage services provided by Rockfish give rise to a valid and enforceable maritime lien pursuant to the general maritime law. This maritime lien may be enforced pursuant to Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

4.5.   Rockfish invested substantial time, effort, and expense in locating the Vessel and providing related salvage services. Rockfish is therefore entitled to a liberal salvage award.

## V.   SECOND CAUSE OF ACTION
### (Law of Finds/ Pled in the Alternative)

5.1.   Rockfish incorporates by reference the allegations set forth above.

5.2.   Rockfish intends to reduce the Vessel to possession.

5.3.   Rockfish, owing to the fact it alone knows the location of the Vessel, has actual or constructive possession of the Vessel.

5.4.   If, as Rockfish believes, the Vessel is S.S. PACIFIC, she remained unclaimed on the sea floor for over 147 years. The Vessel is therefore unowned and/or abandoned.

5.5.   Pursuant to the general maritime law doctrine of finds, Rockfish is entitled to take full possession of the Vessel. Rockfish may be awarded possession of the Vessel pursuant to Rule D of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

VERIFIED COMPLAINT-1

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

Actions.

## VI.   **THIRD CAUSE OF ACTION**
### (Injunctive Relief)

6.1.    Rockfish incorporates by reference the allegations set forth above.

6.2.    If third parties salvage or attempt to salvage the Vessel, Rockfish's interest in the Vessel could be substantially and irreparably harmed, the Vessel's historical and economic value could be diminished, Rockfish's personnel and equipment would be at risk of loss, damage, or injury.

6.3.    Rockfish's efforts to locate the Vessel, the historical and economic value of the Vessel, the successful salvage of artifacts from the Vessel, and the safety of Rockfish's personnel and equipment warrant an order granting Rockfish exclusive control of efforts to salvage the Vessel and any artifacts therefrom without interference from third parties.

6.4 For these reasons, Rockfish seeks an order granting Rockfish the status of exclusive salvor of the Vessel and enjoining competing salvage operations.

*[remainder of page left intentionally blank]*

VERIFIED COMPLAINT-1

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

### VII.   PRAYER FOR RELIEF

Rockfish prays for the following relief:

1.      Issuance of process *in rem* or against the Vessel and/or artifacts recovered from the vessel, including the issuance and execution of a warrant for the arrest of the Vessel and recovered artifacts;

2.      Issuance of notice to all persons or entities claiming a right of possession or any ownership interest in the Vessel, requiring them to file and serve a verified statement of right or interest and an answer;

3.      Issuance of an order granting Rockfish the status of status of exclusive salvor of the Vessel and enjoining competing salvage operations;

4.      A liberal salvage award;

5.      In the alternative, full possession of the Vessel pursuant to the law of finds; and

6.      Other such relief as the Court may deem just and proper.

DATED this 21st day of November, 2022

NICOLL BLACK & FEIG PLLC


Jeremy B. Jones, WSBA #44138
*Attorneys for Plaintiff*

VERIFIED COMPLAINT-1

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

ORIGINAL

1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
9                                  AT SEATTLE

10   ROCKFISH, INC., a Washington Corporation,     IN ADMIRALTY

11                     Plaintiff,                   CASE NO.:

12          v.                                      **VERIFICATION OF COMPLAINT**

13   UNIDENTIFIED WRECKED AND
     ABANDONED VESSEL, her engines, boilers,
14   apparel, tackle, equipment, appurtenances and
     cargo, *in rem*,
15

16                     Defendant.

17

18          Pursuant to 28 U.S.C. §1746, I, Jeffrey Hummel, declare under the penalty of perjury:

19          1.      I am a representative of Plaintiff Rockfish Inc. and authorized to act on the

20   company's behalf.

21          2.      I have read the foregoing Verified Complaint and know the contents thereof.

22   \\

23   \\

24   \\

25   \\

26   \\

VERIFICATION OF COMPLAINT - 1

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

3.      I verify that allegations in the Verified Complaint are true and correct to the best of my knowledge, information, and belief.


Dated this _21_ day of November, 2022 at _Seattle, Wa_____.


By: _____

Jeffrey Hummel

VERIFICATION OF COMPLAINT - 2

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555