IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKFISH, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNIDENTIFIED WRECKED AND ABANDONED VESSEL, her engines, boilers, apparel, tackle, equipment, appurtenances and cargo, *in rem*,<br><br>Defendant. | IN ADMIRALTY<br><br>CASE NO.: 22-cv-1659JLR<br><br>[PROPOSED] ORDER GRANTING JLR PLAINTIFF'S MOTION TO FILE CIVIL ACTION UNDER SEAL |

This matter having come before the Court on Plaintiff's Motion to File Civil Action Under Seal, and the Court having consider the motion and being fully advised, now, therefore, it is hereby:

**ORDERED** that the above-referenced Civil Action shall be filed under seal, and the Court directs that the Clerk of this Court file the Verified Complaint and all other pleadings, motions, supporting documents, and orders filed and/or issued herein under seal, until further notice of this Court;

**IT IS FURTHER ORDERED** that this Order is temporary in nature and once the Court has issued its rulings on Plaintiff's Motion for Order Directing Issuance of Warrant of

1  Arrest Pursuant to Supplemental Rule C, Enjoining Competing Salvage Operations, and
2  Appointing Plaintiff as Substitute Custodian, the action may be placed on the public docket. In
3  the event the Court denies the above-referenced motions, Plaintiff shall have the opportunity to
4  propose redactions prior to this action being placed on the public docket.

5  DATED this **22nd** day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Jeremy B. Jones, WSBA No. 44138
*Attorneys for Plaintiff*