UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKFISH, INC., | CASE NO. C22-1659JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNIDENTIFIED WRECKED AND ABANDONED VESSEL, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff Rockfish, Inc.'s motion to partially unseal this civil action. (Mot. (Dkt. # 9).) Rockfish, Inc. asks the court to unseal the entire civil action except for certain portions of the declaration of Robert Westrick in support of Plaintiff's motion to file civil action under seal and motion for order directing issuance of warrant of

MINUTE ORDER - 1

arrest.  (*See* Mot. at 2 (citing Westrick Decl. (Dkt. # 5).)  Rockfish, Inc. provides a redacted version of Mr. Westrick's declaration.  (*See* 2nd Westrick Decl. (Dkt. # 9-2).)

Having considered the motion and being fully advised, the court GRANTS Rockfish, Inc.'s motion (Dkt. # 9).  The court DIRECTS the clerk to unseal the civil action and place it on the public docket with the declaration of Robert Westrick (Dkt. # 5) remaining under seal.  The court further DIRECTS the clerk to file on the docket the proposed redacted declaration of Robert Westrick (Dkt. # 9-2).

Filed and entered this 2nd day of December, 2022.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2