**THE HONORABLE JAMES L. ROBART**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKFISH, INC., a Washington Corporation, <br><br> Plaintiff, <br><br> v. <br><br> UNIDENTIFIED WRECKED AND ABANDONED VESSEL, her engines, boilers, apparel, tackle, equipment, appurtenances and cargo, *in rem*, <br><br> Defendant. | IN ADMIRALTY <br><br> CASE NO.: 22-cv-1659JLR <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO REMOVE ARTIFACT FROM THE DISTRICT** |

This matter having come before the Court on Plaintiff's Motion for Relief to Remove Artifact from the District, and the Court having considered the motion and being fully advised, now, therefore, it is hereby:

**ORDERED** that Plaintiff is granted leave to safely transport the wood artifact recovered from the defendant Unidentified Wrecked and Abandoned Vessel to the Conservation Research Laboratory operated by the Texas A&M University Center for Maritime Archeology and Conservation; and

**IT IS FURTHER ORDERED** that Plaintiff shall make arrangements for the Conservation Research Laboratory to treat the wood artifact for preservation; and

1    **IT IS FURTHER ORDERED** that once the treatment of the wood artifact is complete, Plaintiff shall promptly arrange for the safe transportation of the artifact from the Conservation Research Laboratory to the District, where it shall remain unless otherwise ordered by the Court; and

**IT IS FURTHER ORDERED** Plaintiff shall promptly notify the Court when the wood artifact is returned to the District.

DATED this 28th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Jeremy B. Jones*
Jeremy B. Jones, WSBA No. 44138
*Attorneys for Plaintiff*