**THE HONORABLE JAMES L. ROBART**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKFISH, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNIDENTIFIED WRECKED AND ABANDONED VESSEL, her engines, boilers, apparel, tackle, equipment, appurtenances and cargo, *in rem*,<br><br>Defendant. | IN ADMIRALTY<br><br>CASE NO.: 22-cv-1659-JLR<br><br>**STIPULATED MOTION FOR RELIEF FROM DEADLINE TO FILE SALVAGE PLAN**<br><br>**NOTE ON MOTION CALENDAR: FEBRUARY 21, 2023** |

Plaintiff Rockfish, Inc. ("Rockfish") and claimants Mitchell Moody, Donald Foster, and London Market Insurers (collectively the "Parties") stipulate to the entry of an order extending by two weeks the deadline for Rockfish to file a salvage plan.

On November 23, 2022, this Court ordered Rockfish to, within 90 days (i.e., no later than February 21, 2023), submit a salvage plan. See Order (Dkt. #7) ¶ 13. The Court noted the salvage plan may be submitted under seal of the criteria for sealing are met. Id.

The salvage plan Rockfish prepared contains confidential information concerning the location and disposition of the wreck of the defendant Wrecked and Abandoned Vessel. As a result, the parties are currently engaged in discussions regarding entering into a stipulated protective order and are also conferring in an attempt to reach agreement on the need to file the

salvage plan under seal and to explore redaction and other alternatives to filing under seal. The parties believe if the deadline for Rockfish to file the salvage plan is extended by two weeks, they may be able to reach agreement on these issues, potentially avoiding the need to engage in motion practice. Accordingly, the Parties respectfully request the Court extend by two weeks the deadline for Rockfish to file a salvage plan.

DATED this 21st day of February, 2023.

NICOLL BLACK & FEIG PLLC    *Per 02/21/23 Email Authority*

*/s/ Jeremy B. Jones*
Jeremy B. Jones, WSBA No. 44138
*Attorneys for Plaintiff*

*/s/ Mitchell S. Moody*
Mitchell S. Moody

KRAFT DAVIES OLSSON, PLLC
*Per 02/21/23 Email Authority*

LANE POWELL PC
*Per 02/21/23 Email Authority*

*/s/ Marisa A. Olsson*
Richard J. Davies, WSBA No. 25365
Marissa A. Olsson, WSBA No. 43488
*Attorneys for Donald W. Foster*

*/s/ Katie Smith Matison*
Katie Smith Matison, WSBA No. 20737
Erika O'Sullivan, WSBA No. 57556
*Attorneys for London Market Insurers*

**<u>ORDER</u>**

Based upon the Parties' Stipulation, and the Court being fully advised in the premises, it is now, therefore, ORDERED that the deadline for Rockfish to submit a salvage plan is extended by two weeks. Rockfish must file the salvage plan no later than March 7, 2023.

DATED this 22nd day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR RELIEF FROM
DEADLINE TO FILE SALVAGE PLAN - 3
CASE NO.: 22-cv-1659-JLR