**THE HONORABLE JAMES L. ROBART**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKFISH, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNIDENTIFIED WRECKED AND ABANDONED VESSEL, her engines, boilers, apparel, tackle, equipment, appurtenances and cargo, *in rem*,<br><br>Defendant. | IN ADMIRALTY<br><br>CASE NO.: 22-cv-1659-JLR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SALVAGE PLAN UNDER SEAL |

This matter having come before the Court on Plaintiff's Motion to File Salvage Plan Under Seal, and the Court having considered the motion and being fully advised, now, therefore, it is hereby:

**ORDERED** that the above-referenced Salvage Plan shall be filed under seal, and the Salvage Plan shall remain sealed pending further order of the Court; and

**IT IS FURTHER ORDERED** that this Order is temporary in nature, and once the salvage operations are completed, the Salvage Plan may be unsealed and placed on the public docket.

\\

\\

1   DATED this 17th day of March, 2023.

*[signature]*

UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Jeremy B. Jones*
Jeremy B. Jones, WSBA No. 44138
*Attorneys for Plaintiff*