THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKFISH, INC., a Washington Corporation,<br><br>                       Plaintiff,<br><br>v.<br><br>UNIDENTIFIED WRECKED AND ABANDONED VESSEL, her engines, boilers, apparel, tackle, equipment, appurtenances, and cargo, *in rem*,<br><br>                       Defendant. | Case No. 2:22-cv-01659-JLR<br><br>~~[proposed]~~<br>**ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE CLAIMANTS LONDON MARKET INSURERS ROYAL EXCHANGE ASSURANCE PLC FOR AXA INSURANCE UK PLC** |

BEFORE THE COURT is a Stipulated Motion to Substitute Claimants London Market Insurers Royal Exchange Assurance PLC For AXA Insurance UK PLC. Having reviewed the Motion, Proposed Order and the record, the Court finds that good cause exists to enter the Stipulated Motion. Accordingly, **IT IS ORDERED** that the Stipulated Motion to Substitute Claimants London Market Insurers Royal Exchange Assurance PLC For AXA Insurance UK PLC is **GRANTED**.

ON THIS 30th day of March, 2023.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT COURT

Presented by:

LANE POWELL PC

By:     *s/Erika O'Sullivan*
        Katie Smith Matison, WSBA No. 20737
        Erika O'Sullivan, WSBA No. 57556
        1420 Fifth Avenue, Suite 4200
        P.O. Box 91302
        Seattle, Washington 98111-9402
        Telephone:  206.223.7000
        matisonk@lanepowell.com
        osullivane@lanepowell.com
*Attorneys for Claimants London Market Insurers*

Presented by:

NICOLL BLACK & FEIG PLLC

By:     *s/Jeremy Jones*
        Jeremy Jones, WSBA No. 44138
        1325 Fourth Avenue Ste 1650
        Seattle, WA 98101
        Telephone: 206.838.7555
        jjones@nicollblack.com
*Attorney for Plaintiff*

Presented by:

KRAFT DAVIES OLSSON PLLC

By:     *s/Marissa A. Olsson*
        Richard J Davies, WSBA No. 25365
        Marissa A. Olsson, WSBA No. 43488
        1700 7th Ave, Ste 2100
        Seattle, WA 98101
        Telephone: 206.624.8844
        rjd@admiralty.com
        mao@admiralty.com
*Attorneys for Claimant Donald W. Foster*

ORDER GRANTING STIPULATED MOTION TO
SUBSTITUTE CLAIMANTS LONDON MARKET
INSURERS ROYAL EXCHANGE ASSURANCE
PLC FOR AXA INSURANCE UK PLC - 2
Case No. 2:22-cv-01659-JLR