THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKFISH, INC., a Washington Corporation,<br><br>        Plaintiff,<br><br> v.<br><br>UNIDENTIFIED WRECKED AND ABANDONED VESSEL, her engines, boilers, apparel, tackle, equipment, appurtenances, and cargo, *in rem*,<br><br>        Defendant. | Case No.  2:22-cv-01659-JLR<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

BEFORE THE COURT is a Motion for Entry of a Stipulated Protective Order. Having revied the Motion, proposed Order and the record, the Court finds that good cause exists to enter the parties' proposed Stipulated Protective Order. Accordingly, **IT IS ORDERED** that the parties' Motion for Entry of a Stipulated Protective Order is **GRANTED**. The Protective Order is in effect.

ON THIS <u>10th</u> day of April, 2023.

              _____
              HON. JAMES L. ROBART
              UNITED STATES DISTRICT COURT

Presented by:

LANE POWELL PC

By:   *s/Erika O'Sullivan*
     Katie Smith Matison, WSBA No. 20737
     Erika O'Sullivan, WSBA No. 57556
     1420 Fifth Avenue, Suite 4200
     P.O. Box 91302
     Seattle, Washington 98111-9402
     Telephone:  206.223.7000
     matisonk@lanepowell.com
     osullivane@lanepowell.com
*Attorneys for Intervenors London Market Insurers*

Presented by:

NICOLL BLACK & FEIG PLLC

By:   *s/Jeremy Jones*
     Jeremy Jones, WSBA No. 44138
     1325 Fourth Avenue Ste 1650
     Seattle, WA 98101
     Telephone: 206.838.7555
     jjones@nicollblack.com
*Attorney for Plaintiff*

Presented by:

KRAFT DAVIES OLSSON PLLC

By:   *s/Richard J. Davies*
     Richard J Davies, WSBA No. 25365
     Marissa A. Olsson, WSBA No. 43488
     1700 7th Ave, Ste 2100
     Seattle, WA 98101
     Telephone: 206.624.8844
     rjd@admiralty.com
     mao@admiralty.com
*Attorneys for Claimant Donald W. Foster*