THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKFISH, INC., a Washington Corporation, | IN ADMIRALTY |
| Plaintiff, | CASE NO.: 22-cv-1659-JLR |
| v. | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| UNIDENTIFIED WRECKED AND ABANDONED VESSEL, her engines, boilers, apparel, tackle, equipment, appurtenances and cargo, *in rem*, | |
| Defendant. | |

This matter having come before the Court on Plaintiff's Motion for Default Judgment, and the Court having considered the motion and being fully advised, now, therefore, it is hereby:

**ORDERED** that plaintiff's motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that default judgment shall be entered in the form proposed by plaintiff at Dkt. # 63-2.

DATED this 17th day of May, 2023.

_/s/ James L. Robart_
UNITED STATES DISTRICT JUDGE

1
2  Presented by:
3
4  _____
5  Jeremy B. Jones, WSBA No. 44138
   *Attorneys for Plaintiff*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT- 2
CASE NO.: 22-cv-1659-JLR