THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKFISH, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNIDENTIFIED WRECKED AND ABANDONED VESSEL, her engines, boilers, apparel, tackle, equipment, appurtenances and cargo, *in rem*,<br><br>Defendant. | IN ADMIRALTY<br><br>CASE NO.: 22-cv-1659-JLR<br><br>[PROPOSED] DEFAULT JUDGMENT |

Plaintiff's Motion for Default Judgment having been granted, default judgment is entered with prejudice in favor of Plaintiff and against all claimants who are in default and have not yet asserted claims in this action as follows:

All claimants who, as of the date of this Order, are in default and have not yet asserted claims, shall take nothing.

DATED this 17th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] DEFAULT JUDGMENT- 1
CASE NO.: 22-cv-1659-JLR

1 | Presented by:

3 | Jeremy B. Jones, WSBA No. 44138
*Attorneys for Plaintiff*

_____
UNITED STATES DISTRICT JUDGE