1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ROCKFISH, INC., | CASE NO. C22-1659JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| UNIDENTIFIED WRECKED AND ABANDONED VESSEL, | |
| Defendant. | |

Before the court is Plaintiff Rockfish Inc. and Claimant London Market Insurers' ("LMI") stipulated motion requesting referral of this matter to a settlement judge for purposes of conducting a judicial settlement conference pursuant to Western District of Washington Local Civil Rule 39.1(e).  (Mot. (Dkt. # 70).)  The court has considered the motion, the relevant portions of the record, and the applicable law.  Being fully advised, the court GRANTS the motion.

//

ORDER - 1

LCR 39.1(e) provides that "[i]n any case, the court may appoint a settlement judge who may conduct a settlement conference in such manner as that settlement judge may deem appropriate." Local Rules W.D. Wash. LCR 39.1(e). "[A] judicial settlement conference will only be held in a case where the parties have already participated in mediation, but have been unable to reach a settlement," unless otherwise ordered by the court. *Id.*

Here, Rockfish Inc. and LMI participated in mediation on July 14, 2023, and were unsuccessful in reaching a settlement. (*See* Mot. at 2.) They now jointly move this court to appoint a settlement judge to conduct a judicial settlement conference pursuant to LCR 39.1(e). (*See generally id.*) Accordingly, the court hereby appoints the Honorable Michelle L. Peterson, United States Magistrate Judge for the Western District of Washington, to serve as settlement judge in this case. Counsel are directed to communicate with Magistrate Judge Peterson, through her chambers staff, about the delivery and length of settlement briefs, any other materials that should be provided, and the time, place, and format of the settlement conference. The court DIRECTS the Clerk to provide a copy of this order to Magistrate Judge Peterson.

Dated this 27th day of September.

JAMES L. ROBART
United States District Judge