THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKFISH, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNIDENTIFIED WRECKED AND ABANDONED VESSEL, her engines, boilers, apparel, tackle, equipment, appurtenances and cargo, *in rem*,<br><br>Defendant. | IN ADMIRALTY<br><br>CASE NO.: 22-cv-1659-JLR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND EXCLUSIVE RIGHT TO SALVAGE VESSEL AND INJUNCTION AGAINST COMPETING SALVAGE OPERATIONS** |

This matter having come before the Court on Plaintiff's Motion to Extend Exclusive Right to Salvage Vessel and Injunction Against Competing Salvage Operations, and the Court having considered the motion and being fully advised, now, therefore, it is hereby:

**ORDERED** that plaintiff's motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff is hereby granted the exclusive right to salvage the Defendant Unidentified Wrecked and Abandoned Vessel (the "Vessel"). Unless otherwise authorized by the Court, all other salvors are enjoined from engaging in salvage operations within the polygon bounded by the following coordinates (WGS 84 datum):

- **NW Corner of polygon**: 47.8781 latitude -125.2987 longitude
- **NE Corner of polygon**: 47.8229 latitude -125.1179 longitude

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF EXCLUSIVE SALVAGE RIGHTS & INJUNCTION
CASE NO.: 22-cv-1659-JLR    - 1

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

- **SE Corner of polygon**: 47.7398 latitude -125.1100 longitude
- **SW Corner of polygon:** 47.7949 latitude -125.2912 longitude

A graphic depiction of this polygon follows:



Unless extended by the Court, Plaintiff's exclusive right to salvage the Vessel and the above-described injunction against competing salvage operations shall lapse on April 21, 2025. Plaintiff is permitted to seek extension of its exclusive salvage right and the injunction by motion. In order to obtain such extension, Plaintiff must demonstrate its salvage efforts will be undertaken with due diligence, are ongoing, and clothed with some prospect of success, consistent with the principles set forth in <u>Moyer v. Wrecked & Abandoned Vessel, known as Andrea Doria</u>, 836 F. Supp. 1099, 1106 (D.N.J. 1993).

\\
\\
\\

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF EXCLUSIVE SALVAGE RIGHTS & INJUNCTION
CASE NO.: 22-cv-1659-JLR   - 2

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555

1     DATED this 21st day of December, 2023.

 

                                                             *[signature]*

                           UNITED STATES DISTRICT COURT JUDGE

**Presented by:**
NICOLL BLACK & FEIG PLLC

*/s/ Jeremy B. Jones*
Jeremy B. Jones, WSBA No. 44138
*Attorneys for Plaintiff*

---

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF EXCLUSIVE SALVAGE RIGHTS & INJUNCTION
CASE NO.: 22-cv-1659-JLR   - 3

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555