THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKFISH, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNIDENTIFIED WRECKED AND ABANDONED VESSEL, her engines, boilers, apparel, tackle, equipment, appurtenances, and cargo, *in rem*,<br><br>Defendant. | Case No. 2:22-cv-01659-JLR<br><br>**In Admiralty**<br><br>**STIPULATION FOR ENTRY OF PROPOSED ORDER** |

COME NOW PLAINTIFF, Rockfish, Inc ("Rockfish"). and CLAIMANTS, London Market Insurers ("LMI") and do hereby Agree and Stipulate that the attached Proposed Order, which incorporates the material terms of a settlement agreed at the Local Rule 39.1 (e) Judicial Settlement Conference should be presented to the Court.

/ / /

/ / /

/ / /

/ / /

STIPULATION FOR ENTRY OF PROPOSED ORDER- 1
Case No. 2:22-cv-01659-JLR

052821.0024/9641117.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

So Agreed and Stipulated on this 25th Day of January, 2024

| NICOLL BLACK & FEIG PLLC | LANE POWELL PC |
|---|---|
| By _s/Jeremy Jones_<br>Jeremy Jones, WSBA No. 44138<br>1325 Fourth Avenue Ste 1650<br>Seattle, WA 98101<br>Telephone: 206.838.7555<br>jjones@nicollblack.com | By _s/ Katie Matison_<br>Katie Smith Matison, WSBA No. 20737<br>Erika O'Sullivan, WSBA No. 57556<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, Washington 98111-9402<br>Telephone: 206.223.7000<br>matisonk@lanepowell.com<br>osullivane@lanepowell.com |
| Attorney for Plaintiff Rockfish, Inc. | Attorneys for SAR C (6) Claimants London Market Insurers |

STIPULATION FOR ENTRY OF PROPOSED ORDER- 2
Case No. 2:22-cv-01659-JLR

052821.0024/9641117.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107