THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKFISH, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNIDENTIFIED WRECKED AND ABANDONED VESSEL, her engines, boilers, apparel, tackle, equipment, appurtenances and cargo, *in rem*,<br><br>Defendant. | IN ADMIRALTY<br><br>CASE NO.: 22-cv-1659-JLR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S **UNOPPOSED** MOTION TO EXPAND INJUNCTION |

This matter having come before the Court on Plaintiff's Unopposed Motion to Expand Injunction, and the Court having considered the motion and being fully advised, now, therefore, it is hereby:

**ORDERED** that plaintiff's motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff is hereby granted the exclusive right to salvage the Defendant Unidentified Wrecked and Abandoned Vessel (the "Vessel"). Unless otherwise authorized by the Court, all other salvors are enjoined from engaging in salvage operations within the polygon bounded by the following coordinates (WGS 84 datum):

[PROPOSED] ORDER GRANTING MOTION
TO EXPAND INJUNCTION - 1
CASE NO.: 22-cv-1659-JLR

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

- **NW 1 Corner of polygon:** 47.9039 latitude -125.3831 longitude
- **NW 2 Corner of polygon:** 47.8128 latitude -125.3883 longitude
- **SW 1 Corner of polygon:** 47.7635 latitude -125.2510 longitude
- **SW 2 Corner of polygon:** 47.7052 latitude -125.2390 longitude
- **NE Corner of polygon:** 47.8229 latitude -125.1179 longitude
- **SE 2 Corner of polygon:** 47.7140 latitude -125.1076 longitude

A graphic depiction of this polygon follows:



Unless extended by the Court, Plaintiff's exclusive right to salvage the Vessel and the above-described injunction against competing salvage operations shall lapse on April 21, 2025. Plaintiff is permitted to seek extension of its exclusive salvage right and the injunction by motion. In order to obtain such extension, Plaintiff must demonstrate its salvage efforts will be undertaken with due diligence, are ongoing, and clothed with some prospect of success, consistent with the principles set forth in Moyer v. Wrecked & Abandoned Vessel, known as Andrea Doria, 836 F. Supp. 1099, 1106 (D.N.J. 1993).

[PROPOSED] ORDER GRANTING MOTION
TO EXPAND INJUNCTION - 2
CASE NO.: 22-cv-1659-JLR

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

1   DATED this 25th day of March, 2024.

4   _____
    UNITED STATES DISTRICT COURT JUDGE

10  **Presented by:**
11  NICOLL BLACK & FEIG PLLC

12  ___*/s/ Jeremy B. Jones*___
    Jeremy B. Jones, WSBA No. 44138
13  *Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING MOTION
TO EXPAND INJUNCTION - 3
CASE NO.: 22-cv-1659-JLR

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515