UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROCKFISH, INC., | CASE NO. C22-1659JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNIDENTIFIED WRECKED AND ABANDONED VESSEL, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff Rockfish, Inc.'s ("Rockfish") motion for a status conference. (Mot. (Dkt. # 135).) Rockfish asks the court to schedule a status conference to discuss motion practice and related issues regarding the claims of Claimants Nancy Spencer and Robert Manley.

MINUTE ORDER - 1

Having considered the motion and being fully advised, the court GRANTS Rockfish's motion (Dkt. # 135). The court ORDERS Rockfish, Ms. Spencer, and Mr. Manley to appear on **Tuesday, November 18, 2025, from 11:00 a.m. until 12:00 p.m. (PT)** via Zoom video conference to discuss the status of the case and proper filing procedures. All other claimants and interested parties are welcome to attend the status conference. The court further DIRECTS Ms. Spencer to contact Courtroom Deputy Ashleigh Drecktrah and provide the proper email address to receive an invite to the Zoom video conference.

Ms. Spencer can reach Ms. Drecktrah by telephone at (206) 370-8520 or by email at Ashleigh_Drecktrah@wawd.uscourts.gov.

Filed and entered this  5th  day of November, 2025.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2